# EXHIBIT A

**Case Summary**


Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

**Case Number:** BC536073
SEDA LUCY GABRIELYAN VS AT & T VERSE

**Filing Date:** 02/11/2014
**Case Type:** Other Intentional Tort-notPI/WD/PD (General Jurisdiction)
**Status:** Pending

Future Hearings

**05/23/2014** at 08:30 am in department 47 at 111 North Hill Street, Los Angeles, CA 90012
Conference-Case Management


Documents Filed | Proceeding Information

Parties

AFNI - Defendant/Respondent

AT & T VERSE - Defendant/Respondent

DOES 1-25 - Defendant/Respondent

GABRIELYAN SEDA LUCY - Plaintiff & Plaintiff In Pro Per


Case Information | Party Information | Proceeding Information

Please make a note of the Case Number.

Click here to access document images for this case.
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page.

Documents Filed (Filing dates listed in descending order)

**03/04/2014** Proof-Service/Summons (P/S AFNI )
Filed by Plaintiff & Plaintiff In Pro Per

**03/04/2014** Proof-Service/Summons (P/S AT & T U VERSE )
Filed by Plaintiff & Plaintiff In Pro Per

**02/28/2014** Notice-Case Management Conference
Filed by Clerk

**02/14/2014** First Amended Complaint
Filed by Plaintiff & Plaintiff In Pro Per

**02/11/2014** Complaint

Case Information | Party Information | Documents Filed

Proceedings Held (Proceeding dates listed in descending order)
None

Case Information | Party Information | Documents Filed | Proceeding Information

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
AT &T U VERSE, AFNI, and DOES 1 TTHROUGH 25, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SEDA LUCY GABRIELYAN

FOR COURT USE ONLY
*(Solo PARA USO DE LA CORTE)*
CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 1 4 2014

Sherri R. Carter, Executive Officer/Clerk

By Shaunya Bolden, Deputy

AMENDED

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California Los Angeles 111 N. Hill st. Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* BC536073 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Seda Gabrielyan, 417 E. Loraine St, Glendale, CA 91207, Tel (818) 934-2001

DATE: *(Fecha)*   FEB 14 2014   Clerk, by SHERRI R. CARTER   SHAUNYA BOLDEN , Deputy
*(Secretario)*   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):* AFNI INC

under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

SEDA LUCY GABRIELYAN
417 E. LORAINE ST.
GLENDALE, CA 91207-1448
seda.lucy.gabrielyan@gmail.com
TEL (818) 934-2001

PLAINTIFF IN PROPER

In Forma Pauperis (CRC 3.50, et seq.) per order

Amount recoverable pursuant to GC §68637
Plus a one time administrative fee upon judgment if the
party becomes a judgment creditor (GC §6103.5, 68638)

FEE WAIVER

FILED
Superior Court of California
County of Los Angeles

FEB 11 2014

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Shaunya Bolden

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# COUNTY OF LOS ANGELES, CENTRAL DISTRICT STANLEY MOST COURTHOUSE

SEDA LUCY GABARELYAN  *Gabrielyan.lf*

          Plaintiffs,

     vs.

AT&T U VERSE, AFNI, and Does 1 through 25,
inclusive,

          Defendants.

Case No.:  **BC 536073**

## VERIFIED COMPLAINT

COMPLAINT FOR VIOLATION OF
STATUTORY DUTIES

1- Violation of Statutory Duties, in the meaning
   of violation of §1785.25 of California Civil
   Code, Title 1.6, Chapter 3.5.

2- Violation of Statutory Duties, in the meaning
   of violation of §1785.26 of California Civil
   Code, Title 1.6, Chapter 3.5.

3- Breach of Duty of Fair Dealing and Good Faith

4- Common Law Fraud,

PLAINTIFF SEDA LUCY GABARELYAN *gabrielyan.lf* MAKES THE FOLLOWING VERIFIED
STATEMENS AND ALLEGARIONS SPECIFIED AS FOLLOWS :

Complaint for Violation of Statutory Duties
02/11/2014
1/12

## GENERAL ALLEGATIONS AND VERIFIED STATEMENTS

## COMMON TO ALL CAUSES OF ACTION

1- **ALLEGED** The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants, Does 1 through 25, inclusive, are unknown to Plaintiff, whom therefore sues said Defendants by fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to plaintiff is herein alleged. Plaintiff is informed and believes that she is representative of a class of persons similarly situated in the State of California, who have been violated by the defendant AT&T U VERSE AND AFNI (AT&T U VERSE AND AFNI hereinafter) in the meaning of relying on the defendant's implicit representation that the defendants and each of them would fully comply with the aforesaid sections of California Civil Code, while the defendants and each of them neither intended nor did fully comply with above captioned sections of California Civil Code. Accordingly, at some point the plaintiff will seek courts permission to leave the court and amend this complaint to add those plaintiffs with similar interest as well as association of attorneys as it become necessary.

2- **ALLEGED** At all times herein mentioned, defendants, and each of them, were the agents and employees of each of the remaining defendants, and were at all times acting within the purpose and scope of said agency and employment, and each defendant has ratified and approved the acts of the agent.

3- **VERIFIED** On or about January 21st, 2012, the defendant and the plaintiff entered into an agreement in which the plaintiff returned the equipment defendant ATT U VERSE, and it terminated and concluded their previous contract.

4- **VERIFIED** On January 21st, 2012 the plaintiff returned the equipment as had agreed upon. A copy of the supporting documents herein attached and is marked as exhibit A.

5- **VERIFIED** Defendant and plaintiff had reached the agreement in the jurisdiction of this court, in Los Angeles.

6- **VERIFIED** At all times herein, Plaintiff, relied on the Defendant's reliability and trusted the Defendant with her welfare.

7- **VERIFIED** Plaintiff believed that the Defendants, and all of them, would comply with the statutory obligations and would not furnish inaccurate information to credit bureaus.

8- **VERIFIED** Plaintiff was convinced that Defendants, and all of them, would comply with California Civil Code, Section 1785.25 of Chapter 3.5 of Title 1.6.

9- **VERIFIED** Plaintiff was convinced that Defendants, and all of them, would comply with California Civil Code, Section 1785.26 of Chapter 3.5 of Title 1.6.

10- **VERIFIED** plaintiff requested and received a copy of her credit profile and noticed the defendants had furnished inaccurate information to the credit bureaus.

11- **VERIFIED** Plaintiff contacted the Defendant and requested correction.

12- **VERIFIED** Defendant chose to ignore plaintiff's requests and did not respond.

**FIRST CAUSE OF ACTION**

Violation of Statutory Duties

in the meaning of violation of §1785.25 of California Civil Code

Title 1.6, Chapter 3.5 Subsections a, b, c, and g

**(Against defendant AT&T U VERSE AND AFNI)**

13-     Plaintiff refers to each and every paragraph of the general allegations and verified statements common to all causes of action and incorporates those paragraphs as set forth in full in this cause of action.

14- **VERIFIED** There did a exist mutual understanding that the Defendant would comply with the following language of Title 1.6, Chapter 3.5 .California Civil code Section 1785.25 Sub sections a, b, c, and g, in the meaning of:

(a) *A person shall not furnish information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate*. The Defendant knew and was well aware that the reported information did not contain the fact that non-payments were over the disputed payment and upon resolution the payments continued on time. Defendant chose not to make correction to incomplete and inaccurate information, even after it was brought to the defendant's attention.

(b) *A person who (1) in the ordinary course of business regularly and on a routine basis furnishes information to one or more consumer credit reporting agencies about the person's own transactions or experiences with one or more consumers and (2) determines that information on a specific transaction or experience so provided to a consumer credit reporting agency is not complete or accurate, shall*

*promptly notify the consumer credit reporting agency of that determination and provide to the consumer credit reporting agency any corrections to that information, or any additional information, that is necessary to make the information provided by the person to the consumer credit reporting agency complete and accurate.* The Defendant knew and was well aware that the reported information did not contain the fact that non-payments were over the dispute. Defendant chose not to contact the consumer reporting agencies and make corrections to incomplete and inaccurate information.

(c) *"So long as the completeness or accuracy of any information on a specific transaction or experience furnished by any person to a consumer credit reporting agency is subject to a continuing dispute between the affected consumer and that person, the person may not furnish the information to any consumer credit reporting agency without also including a notice that the information is disputed by the consumer."* The defendant knew that the information was disputed by the plaintiff but chose not to fulfill their statutory duties and verify the validity of the information they were reporting as it is reflected, and disputed by the plaintiff.

"(g) A person who furnishes information to a consumer credit reporting agency is liable for failure to comply with this section, unless the furnisher establishes by a preponderance of the evidence that, at the time of the failure to comply with this section, the furnisher maintained reasonable procedures to comply with those provisions." The defendant, furnisher of the credit information chose not the investigate the plaintiff's dispute.

13- **VERIFIED** Plaintiff fulfilled her obligations and (a) reported to the Defendant the furnishing of inaccurate information, and (b) filed a dispute, and (c) demanded an investigation.

14- **VERIFIED** As a result of defendant's failure to perform, the plaintiff sustained damages.

**SECOND CAUSE OF ACTION**

Violation of Statutory Duties

in the meaning of violation of §1785.26 of California Civil Code

Title 1.6, Chapter 3.5 Subsection 3

**(Against defendant AT&T U VERSE AND AFNI)**

17- Plaintiff refers to each and every paragraph of the First causes of action and incorporates those paragraphs as set forth in full in this cause of action.

18- **VERIFIED** There did exist mutual understanding that the Defendant would comply with the following language of Title 1.6, Chapter 3.5 .California Civil code Section 1785.26 Sub sections b, and c. In the meaning of: *"(b) A creditor may submit negative credit information concerning a consumer to a consumer credit reporting agency, only if the creditor notifies the consumer affected. After providing this notice, a creditor may submit additional information to a credit reporting agency respecting the same transaction or extension of credit that gave rise to the original negative credit information without providing additional notice."* The defendant chose not to notify the plaintiff, who was affected by negative reporting.

*"(c) The notice shall be in writing and shall be delivered in person or mailed first class, postage prepaid, to the party's last known address, prior to or within 30 days after the transmission of the negative credit information.*

*(1) The notice may be part of any notice of default, billing statement, or other correspondence, and may be included as preprinted or standard form language in any of these from the creditor to the consumer.*

*(2) The notice is sufficient if it is in substantially the following form: "As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations."*

*(3) The notice may, in the creditor's discretion, be more specific than the form given in paragraph (2). The notice may include, but shall not be limited to, particular information regarding an account or information respecting the approximate date on which the creditor submitted or intends to submit a negative credit report.*

*(4) The giving of notice by a creditor as provided in this subdivision does not create any requirement for the creditor to actually submit negative credit information to a consumer credit reporting agency. However, this section shall not be construed to authorize the use of notice as provided in this subdivision in violation of the federal Fair Debt Collection Practices Act (15 U.S.C., Sec. 1592 et seq.).*" There was no notice given to the plaintiff by the defendant.

**THIRD CAUSE OF ACTION**

Breach of Duty of Fair Dealing and Good Faith

**(AGAINST DEFENDANT AT&T U VERSE AND AFNI)**

19- Defendants, and each of them, have breached their duty of fair dealing and good faith owed to plaintiff in the following respects:

(a) Failure to make corrections to reports made to consumer credit reporting agencies regarding the plaintiff's history with them at a time when defendants knew plaintiff was entitled to have accurate information regarding his credit data to be furnished to consumer credit reporting agencies.

(b) Willfully and in bad faith withholding accurate date from consumer credit reporting agencies regarding plaintiff's credit history.

(c) By other acts or omissions of defendants.

20- **VERIFIED** As a further proximate result of the aforementioned wrongful conduct of defendants, plaintiff had suffered anxiety, worry, mental and emotional distress and other incidental damages.

21- Defendants have acted towards plaintiff with a conscious disregard of plaintiff's rights, or with the intent to vex, injure or annoy plaintiff, such as to constitute oppression, fraud or malice under Civil Code 3295, entitling plaintiff to punitive damages. Plaintiff alleges that **WHATEVER COURT DEEMS APPROPRIATE** would be a reasonable amount of punitive damages under the circumstances.

## FOURTH CAUSE OF ACTION

### Common Law Fraud

### (Against Defendant AT&T U VERSE)

22- Plaintiff refers to each and every paragraph of the third Cause of Action and incorporates those paragraphs as set forth in full in this cause of action.

23-**ALLEGED**The defendants, and each of them, implicitly made promises to plaintiff which were intended to convince the plaintiff to use their services.

24- **ALLEGED** Defendants, and each of them, made said promises for the purpose of inducing plaintiff to rely upon said promises and to act in reliance upon them.

25- **VERIFIED** Plaintiff relied upon said promises and chose to use defendant AT&T UVEERSE's services.

26- **ALLEGED** Defendants did not intend to perform said promises to plaintiff and made said promises with intent to defraud plaintiff.

27- **VERIFIED** Plaintiff was unaware of defendant's intention not to perform and justifiably relied upon the promises made by defendants, and each of them, to her demise and injury.

28- **VERIFIED**As a proximate result if plaintiff's reliance upon defendants' promises and defendants' intention not to perform said promises plaintiff sustained damages as alleged herein.

29- Further, the plaintiff believes and alleges that the third guidepost of *BMW of North America, Inc. v. Gore, 517 U.S. 559 (1996),"Sanctions for Comparable Misconduct Comparing the punitive damages award and the civil or criminal penalties that could be imposed for comparable misconduct provides a third indicium of excessiveness. As Justice O'Connor has correctly observed, a reviewing court engaged in determining whether an award of punitive damages is excessive should "accord `substantial deference' to legislative [ BMW OF NORTH AMERICA, INC. v. GORE, __ U.S. __ (1996) , 22]  judgments concerning appropriate sanctions for the conduct at issue." Browning-Ferris Industries of Vt., Inc. v. Kelco Disposal, Inc., 492 U.S., at 301 (O'CONNOR, J., concurring in part and dissenting in part). In Haslip, 499 U.S., at 23 , the Court noted that although the exemplary award was "much in*

*excess of the fine that could be imposed," imprisonment was also authorized in the criminal context. 38 In this case the $2 million economic sanction imposed on BMW is substantially greater than the statutory fines available in Alabama and elsewhere for similar malfeasance.*

*The maximum civil penalty authorized by the Alabama Legislature for a violation of its Deceptive Trade Practices Act is $2,000; 39 other States authorize more severe sanctions, with the maxima ranging from $5,000 to $10,000. 40 Significantly, [ BMW OF NORTH AMERICA, INC. v. GORE, U.S. (1996) , 23] some statutes draw a distinction between first offenders and recidivists; thus, in New York the penalty is $50 for a first offense and $250 for subsequent offenses. None of these statutes would provide an out-of-state distributor with fair notice that the first violation-or, indeed the first 14 violations - of its provisions might subject an offender to a multimillion dollar penalty. Moreover, at the time BMW's policy was first challenged, there does not appear to have been any judicial decision in Alabama or elsewhere indicating that application of that policy might give rise to such severe punishment. ".*  This is reemphasized in U.S. No. 01—1289 STATEFARM MUTUAL AUTOMOBILE INSURANCE COMPANY, PETITIONER v.INEZ PREECE CAMPBELL and MATTHEW C. BARNECK, special administrator and personal representative of the ESTATE OF CURTIS B. *CAMPBELL* which states that  "The third guidepost in Gore is the disparity between the punitive damages award and the "civil penalties authorized or imposed in comparable cases." Id., at 575. We note that, in the past, we have also looked to criminal penalties that could be imposed. Id., at 583; Haslip, 499 U.S., at 23. The existence of a criminal penalty does have bearing on the seriousness with which a State views the wrongful action"

29-As a proximate result of the defendants' breach of their statutory duties plaintiff has suffered damages as herein alleged.

WHEREFORE, Plaintiff prays for judgment against the defendants, as follows:

1- Damages for failure to furnish accurate and complete information to consumer credit reporting agencies, in the amount of $2,500.00, per credit reporting agency, total of $7,500.00 (The information is appearing in Trans Union, Equifax and Experian)

2- General damages for mental anguish and emotional distress and other incidental damages in the sum of $121,000.00;

3- Punitive and exemplary damages in the amount the court deems appropriate, based on the third guidepost in BMW of North America v. Gore, and,

4- Injunctive relief in the meaning of order by the court to have the inaccurate information be deleted from the plaintiff's credit profiles;

5- For such other and further relief as the Court deems proper;

6-  Cost of this lawsuit.

Respectfully Submitted,

Dated: January 30th, 2014

_____
SEDA LUCY GABARELYAN, Plaintiff in Pro Per
Gabrielyan . A A

# VERIFICATION

## CCP §446

STATE OF CALIFORNIA       )

                                   )

COUNTY OF LOS ANGELES    )

I, SEDA LUCY GABARELYAN, the undersigned, certify and declare that I have read the following complaint and know its contents.

I am a party to this action. The matters stated in the document described above are true of my own knowledge and belief except as those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on:   January 30th, 2014        At: Glendale, California

Signed:                                                      
SEDA LUCY GABARELYAN

The UPS Store - #5817
928 N. San Fernando Blvd.
Ste J
Burbank, CA 91504
(818) 842-5200

01/21/12  04:12 PM

We are the one stop for all your
shipping, postal and business needs.

To Track Your UPS Package
Just Google "5817"

WORK ORDER RECEIPT

Reference #: 5817-012112161031:D
Tracking  #: 1Z3W5R260364840435

EXHIBIT

Company : AT&T U-verse
Customer: Seda Gabrielyan

001 020003 (009)
    work order mat'ls
002 030104 (016)
    Transaction Fee
003 030108 (016)
    Shipping Service Fee

Seda Gabrielyan

Receipt ID 82763428231225888304 003 Items
CSH: Scott          Tran: 6229 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

ENTER FOR A CHANCE TO
WIN $1000

We value your feedback
To enter please complete the customer
satisfaction survey located at:

www.theupsstore.com/survey

For official rules and Terms and
Conditions go to www.theupsstore.com
and click on the Customer Experience
Survey link

CUSTOMER COPY

EXHIBIT

## AT&T U-verse CPE Return Receipt

**Customer Information:**

| | |
|---|---|
| Name | Seda Gabrielyan |
| Service Address | 417 LORAINE |
| Apt # | |
| City | GLN |
| State & Zip | CA 91207-1448 |
| BAN | 108662249 |
| OMS Order # | 296403137 |

**Return Information:**

| | |
|---|---|
| Date of Return | 1/21/2012 |

***Serial Number, Model Number and Condition of Units Returned***

| | |
|---|---|
| Serial Number 1 | 290811029074 |
| Model 1 | 3800HGV-B REV 28 [2Wire] (100000670) |
| CPE 1 in good condition (Yes/No) | YES |
| Serial Number 2 | |
| Model 2 | |
| CPE 2 in good condition (Yes/No) | |
| Serial Number 3 | |
| Model 3 | |
| CPE 3 in good condition (Yes/No) | |
| Serial Number 4 | |
| Model 4 | |
| CPE 4 in good condition (Yes/No) | |

**Tracking Information:**

| | |
|---|---|
| UPS Tracking Number | 1Z3W5R260364840435 |

*Final assessment of your leased equipment will be performed at AT&T's Refurbishment Center. Any concealed damage that would be considered abuse, would be charged to your AT&T account.*

*Mail Boxes Etc.® and The UPS Store® centers are independent third party service providers.*

**Please retain a copy of this receipt for your records until you receive your final U-verse bill**

**Questions regarding this transaction, please contact 1-800-ATT-2020**

EXHIBIT

# The UPS Store® **PARCEL SHIPPING ORDER** Rev. 9/06

| CUSTOMER (please print) | |
|---|---|
| PRINT NAME Gabriellyan Seda | DATE 1/21/2012 |
| STREET 1119 E. Loraine St | PHONE (818) 641-6328 |
| CITY/STATE/ZIP Glendale, CA 91207 | E MAIL: gabriellyan_seda@yahoo.com |

PARCEL SHIPPING ORDER
No. **60723012**

| PKG. | SENT TO: | LIST ALL CONTENTS | DECLARED VALUE | C.O.D. AMT. | ZONE | WT | DIM. WT. | CK. ONE | Pkg. Charges Amt | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| **A** | NAME | | $ | $ | | | | ☐ UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | ☐ RESIDENTIAL ☐ COMMERCIAL | ☐ PACKED BY CUSTOMER | | | | ☐ UPS NEXT DAY AIR | | DEC VAL |
| | STREET                APT. # | | | | | | | ☐ UPS 2ND DAY AIR A.M. | | COD |
| | CITY/STATE/ZIP            PHONE | | BREAKABLE | REPLACEABLE | | | | ☐ UPS 2ND DAY | | PKG LABOR |
| | E MAIL:          EPSO# | | ☐ YES ☐ NO SEE #3 BELOW | ☐ YES ☐ NO SEE BACK | | | | ☐ UPS 3RD DAY SELECT ☐ UPS GROUND | | PKG MAT |
| **B** | NAME | | $ | $ | | | | ☐ UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | ☐ RESIDENTIAL ☐ COMMERCIAL | ☐ PACKED BY CUSTOMER | | | | ☐ UPS NEXT DAY AIR | | DEC VAL |
| | STREET                APT. # | | | | | | | ☐ UPS 2ND DAY AIR A.M. | | COD |
| | CITY/STATE/ZIP            PHONE | | BREAKABLE | REPLACEABLE | | | | ☐ UPS 2ND DAY | | PKG LABOR |
| | E MAIL:          EPSO# | | ☐ YES ☐ NO SEE #3 BELOW | ☐ YES ☐ NO SEE BACK | | | | ☐ UPS 3RD DAY SELECT ☐ UPS GROUND | | PKG MAT |
| **C** | NAME | | $ | $ | | | | ☐ UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | ☐ RESIDENTIAL ☐ COMMERCIAL | ☐ PACKED BY CUSTOMER | | | | ☐ UPS NEXT DAY AIR | | DEC VAL |
| | STREET                APT. # | | | | | | | ☐ UPS 2ND DAY AIR A.M. | | COD |
| | CITY/STATE/ZIP            PHONE | | BREAKABLE | REPLACEABLE | | | | ☐ UPS 2ND DAY | | PKG LABOR |
| | E MAIL:          EPSO# | | ☐ YES ☐ NO SEE #3 BELOW | ☐ YES ☐ NO SEE BACK | | | | ☐ UPS 3RD DAY SELECT ☐ UPS GROUND | | PKG MAT |

1. Subject to these terms and conditions, The UPS Store® center ("We" or "Us") will receive, forward and/or pack parcels for customer ("You or Your"). The carrier for all parcels accepted by Us shall be UPS unless noted here _____. Your true name and address appear on the shipping label. You confirm the accuracy of "Ship To" address (_____ initial here).

2. We do not accept hazardous material, Other Regulated Material-D class (ORM-D), illegal items or articles of unusual value, including but not limited to cash. See carrier tariff or service guide for other restricted items. Certified locations may accept some forms or ORM-D.

3. We do not transport Your parcels. We assume no liability for the delivery of the parcels accepted for shipment or for loss or damage by any cause to the parcels or their contents while in transit. You agree that carrier's liability

for lost or damaged parcels is limited by the provisions in this PSO. You agree to all terms and conditions on this PSO whether or not declared value is purchased. Driver may deliver parcel without a signature unless You request a signature on delivery and pay any applicable charge for such service. Carrier is not liable for loss or damage occurring after delivery.

(Continued on back)

### CUSTOMER'S SIGNATURE

I certify that I agree to the terms and conditions herein and I that the stated contents and the value of each package listed is truthful and complete.

SIGN HERE _____

| SUB-TOTAL | $ |
|---|---|
| TAX | |
| TOTAL CHARGES | $ |

*Thank You*

CENTER # _____
EMPLOYEE'S INITIALS _____

CUSTOMER COPY    www.theupsstore.com    © 2006 MAIL BOXES ETC., INC.® (2006 Ed., Rev.2006) (FORM #220105)

02/11/2014

4. We are not liable for carrier's failure to properly collect or remit funds for C.O.D parcels.

## Shipment Receipt:   Page #1 of 1
THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Mon, Jan 23, 2012

**EXPECTED DELIVERY DATE:**
WED, JAN 25, 2012 EOD

**SHIPMENT INFORMATION:**
UPS Ground Commercial
3.60 lbs actual wt
4.00 lbs billable wt
Dims: 16.00x16.00x8.00

**SHIP FROM:**
Seda Gabrielyan
417 E Loraine St
Glendale  CA 91207
(818) 241-6328

Tracking Number: 1zJW5R260364040435
Shipment ID: MMG5KTCEA5516
Order/Item #: - -
Ref#: 5817-012112161031

**SHIP TO:**
OpTech - Yuma
1940 S FACTOR AVE
YUMA AZ 85365-2005
Business

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES(Bill Recipient):

| | |
|---|---|
| Ground Commercial | N/A |
| Service Options | N/A |
| Fuel Surcharge | N/A |
| CMS Processing Fee | $0.00 |

**SHIPPED THROUGH:**
The UPS Store #5817
BURBANK,CA 91504-4350
(818) 842-5200

Total                      $0.00

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://mbe.com (select Tracking, enter Shipment ID #)
SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, contents
and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMG5KTCEA5516

Powered by iShip(tm)
01/21/2012 04:19 PM  Pacific Time

SEE NOTICE ON REVERSE regarding UPS terms, and notice of limitation of liability. Where allowed by law, shippers authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.

10. **Declared Value Terms & Conditions.** Declared value coverage will be available only if You have complied with all Declared Value Terms & Conditions. For an additional fee We will obtain declared value coverage for Your shipment through the carrier designated on this PSO. We surcharge the cost of this product. You expressly acknowledge that the value of each parcel does not exceed the amount You listed below as Declared Value and stated on the transaction receipt. If no amount is specified, You agree that the value of the parcel(s) shall not exceed $100. If You refuse additional declared value coverage for items of greater value than $100, You will be limited to a maximum declared value coverage of $100. Each declared value provider designates monetary limits coverage. The declared value terms and conditions of the various carriers are located in the carrier service guide for coverage provided by the carriers and are also available at this location upon request. Consult the applicable Declared Value Terms & Conditions and terms of coverage for further information.

11. **Limitations of Liability.** Our liability, the carrier's liability for loss or damage to Your parcel is limited to Your actual damages or $100, whichever is less. unless you declare and pay for a higher authorized value. Declared value coverage is not available for items of sentimental value, precious metals, negotiable instruments, or prohibited items. The limit of liability for a parcel containing a check or checks is limited to the stop payment and check(s) reissuance cost, not to exceed $100 per parcel.  UPS's liability for a parcel containing a phone card, gift certificate or gift card is limited to the replacement cost of the physical card not to exceed $100 per parcel.  In no event shall We or UPS be liable for the face value of any check(s), phone card, gift certificate or gift card.  Limitations of liability can be found in the carrier's service guide or tariff.

12. **Filing a claim.** Any and all claims must be in writing and received by Us within the carrier's required time frame. Claims not made within the prescribed time frame are waived and will not be paid. Any and all claims are waived if the consignee accepts the parcel without noting damage on the delivery record.  For all damage claims, the original packaging materials must be made available for carriers inspection. and the claim supported by the shipping documents including but not limited to this PSO, a copy of the receipt and proof of declared value.

13. **Filing a UPS Guaranteed Service Refund (GSR) request.** In the event of a service failure You must contact Us at the location that shipped the parcel within UPS's 15 calendar day notification period.

14. We are independently owned and operated by licensed franchisees of MBE.  You acknowledge and agree that MBE is not liable for Our acts or omissions.

15. This PSO constitutes the entire agreement between You and Us, and supersedes all prior, subsequent and/or contemporaneous representations, written or oral.

...tter, a parcel, or a large, heavy, valuable, ...ou with all your shipping needs.

...onal shipping (air-ocean)
packing and crating

...**Please save these receipts for**
**at least SIX (6) MONTHS.**
**Otherwise, AT&T may charge**
**you for the equipment.**

www.theupsstore.com

...S Store®

...Etc., Inc., in the USA and by its master licensees or their franchisees outside of the US.

Services vary by location. ©2006 Mail Boxes Etc., Inc. (2006 Ed.) www.theupsstore.com

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|

SEDA LUCY GABARIELYAN, In Propria Persona
417 E. LORAINE ST.
GLENDALE, CA 91207

TELEPHONE NO.: (818)934-2001   FAX NO.:
ATTORNEY FOR (Name): PLAINTIFF, IN PROPRIA PERSONA

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL ST
MAILING ADDRESS: 111 N. HILL ST
CITY AND ZIP CODE: LOS ANGELES, 90012
BRANCH NAME: STANLY MOSK COURTHOUSE

CASE NAME:
GABARIELYAN V. AT&T U VERSE

**FILED**
Superior Court of California
County of Los Angeles

FEB 11 2014

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Shaunya Bolden

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **BC536073**  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☑ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action (specify): 4, Viol of Stat Duties 1785.25 & 1785.26, Bad Faith, Fraud
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 02/10/1014

SEDA LUCY GABARIELYAN
(TYPE OR PRINT NAME)                          ▶ _____
                                               (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

| SHORT TITLE: GABARIELYAN V. AT& U VERSE | CASE NUMBER BC536073 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

| This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court. |
|---|

**Item I**. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 5   ☐ HOURS/ ☑ DAYS

**Item II**. Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**



| SHORT TITLE: GABARIELYAN V. AT& U VERSE | CASE NUMBER |
|---|---|

| **A**<br>Civil Case Cover Sheet Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|

**Non-Personal Injury/Property Damage/ Wrongful Death Tort**

| | | |
|---|---|---|
| Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☑ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |

**Employment**

| | | |
|---|---|---|
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | ☐ A6109  Labor Commissioner Appeals | 10. |

**Contract**

| | | |
|---|---|---|
| Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |

**Real Property**

| | | |
|---|---|---|
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | ☐ A6032  Quiet Title | 2., 6. |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |

**Unlawful Detainer**

| | | |
|---|---|---|
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

| SHORT TITLE: GABARIELYAN V. AT& U VERSE | CASE NUMBER |
| --- | --- |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
| --- | --- | --- | --- |
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4

| SHORT TITLE: GABRIELYAN V. AT& U VERSE | CASE NUMBER |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☐2. ☑3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 3550 WILSHIRE BLVD. |
|---|---|

| CITY: LOS ANGELES | STATE: CA | ZIP CODE: 90010 |
|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the ___STANLY MOSK___ courthouse in the ___CENTRAL___ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: 02/11/2014

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

SEDA LUCY GABRIELYAN
417 E. LORAINE ST.
GLENDALE, CA 91207-1448
seda.lucy.gabrielyan@gmail.com
TEL (818) 934-2001

PLAINTIFF IN PROPER

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

FEB 14 2014

Sherri R. Carter, Executive Officer/Clerk
By Shaunya Bolden, Deputy

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT STANLEY MOST COURTHOUSE

SEDA LUCY GABRELYAN

       Plaintiffs,

   vs.

AT&T U VERSE, AFNI, and Does 1 through 25,
inclusive,

       Defendants.

Case No.: BC536073

**FIRST AMENDED VERIFIED COMPLAINT**

COMPLAINT FOR VIOLATION OF
STATUTORY DUTIES

1- Violation of Statutory Duties, in the meaning
of violation of §1785.25 of California Civil
Code, Title 1.6, Chapter 3.5.

2- Violation of Statutory Duties, in the meaning
of violation of §1785.26 of California Civil
Code, Title 1.6, Chapter 3.5.

3- Breach of Duty of Fair Dealing and Good Faith

4- Common Law Fraud,

PLAINTIFF   SEDA   LUCY   GABRELYAN   MAKES   THE   FOLLOWING   VERIFIED
STATEMENS AND ALLEGARIONS SPECIFIED AS FOLLOWS :

## GENERAL ALLEGATIONS AND VERIFIED STATEMENTS

## COMMON TO ALL CAUSES OF ACTION

1- **ALLEGED** The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants, Does 1 through 25, inclusive, are unknown to Plaintiff, whom therefore sues said Defendants by fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants designated herein as a DOE is legally responsible in some manner for the events and happenings herein referred to, and legally caused injury and damages proximately thereby to plaintiff is herein alleged. Plaintiff is informed and believes that she is representative of a class of persons similarly situated in the State of California, who have been violated by the defendant AT&T U VERSE AND AFNI (AT&T U VERSE AND AFNI hereinafter) in the meaning of relying on the defendant's implicit representation that the defendants and each of them would fully comply with the aforesaid sections of California Civil Code, while the defendants and each of them neither intended nor did fully comply with above captioned sections of California Civil Code. Accordingly, at some point the plaintiff will seek courts permission to leave the court and amend this complaint to add those plaintiffs with similar interest as well as association of attorneys as it become necessary.

2- **ALLEGED** At all times herein mentioned, defendants, and each of them, were the agents and employees of each of the remaining defendants, and were at all times acting within the purpose and scope of said agency and employment, and each defendant has ratified and approved the acts of the agent.

3- **VERIFIED** On or about January 21st, 2012, the defendant and the plaintiff entered into an agreement in which the plaintiff returned the equipment defendant ATT U VERSE, and it terminated and concluded their previous contract.

4- **VERIFIED** On January 21st, 2012 the plaintiff returned the equipment as had agreed upon. A copy of the supporting documents herein attached and is marked as exhibit A.

5- **VERIFIED** Defendant and plaintiff had reached the agreement in the jurisdiction of this court, in Los Angeles.

6- **VERIFIED** At all times herein, Plaintiff, relied on the Defendant's reliability and trusted the Defendant with her welfare.

7- **VERIFIED** Plaintiff believed that the Defendants, and all of them, would comply with the statutory obligations and would not furnish inaccurate information to credit bureaus.

8- **VERIFIED** Plaintiff was convinced that Defendants, and all of them, would comply with California Civil Code, Section 1785.25 of Chapter 3.5 of Title 1.6.

9- **VERIFIED** Plaintiff was convinced that Defendants, and all of them, would comply with California Civil Code, Section 1785.26 of Chapter 3.5 of Title 1.6.

10- **VERIFIED** plaintiff requested and received a copy of her credit profile and noticed the defendants had furnished inaccurate information to the credit bureaus.

11- **VERIFIED** Plaintiff contacted the Defendant and requested correction.

12- **VERIFIED** Defendant chose to ignore plaintiff's requests and did not respond.

## FIRST CAUSE OF ACTION

Violation of Statutory Duties

in the meaning of violation of §1785.25 of California Civil Code

Title 1.6, Chapter 3.5 Subsections a, b, c, and g

**(Against defendant AT&T U VERSE AND AFNI)**

13-    Plaintiff refers to each and every paragraph of the general allegations and verified statements common to all causes of action and incorporates those paragraphs as set forth in full in this cause of action.

14- **VERIFIED** There did a exist mutual understanding that the Defendant would comply with the following language of Title 1.6, Chapter 3.5 .California Civil code Section 1785.25 Sub sections a, b, c, and g, in the meaning of:

(a) *A person shall not furnish information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate.* The Defendant knew and was well aware that the reported information did not contain the fact that non-payments were over the disputed payment and upon resolution the payments continued on time. Defendant chose not to make correction to incomplete and inaccurate information, even after it was brought to the defendant's attention.

(b) *A person who (1) in the ordinary course of business regularly and on a routine basis furnishes information to one or more consumer credit reporting agencies about the person's own transactions or experiences with one or more consumers and (2) determines that information on a specific transaction or experience so provided to a consumer credit reporting agency is not complete or accurate, shall*

*promptly notify the consumer credit reporting agency of that determination and provide to the consumer credit reporting agency any corrections to that information, or any additional information, that is necessary to make the information provided by the person to the consumer credit reporting agency complete and accurate.* The Defendant knew and was well aware that the reported information did not contain the fact that non-payments were over the dispute. Defendant chose not to contact the consumer reporting agencies and make corrections to incomplete and inaccurate information.

(c) *"So long as the completeness or accuracy of any information on a specific transaction or experience furnished by any person to a consumer credit reporting agency is subject to a continuing dispute between the affected consumer and that person, the person may not furnish the information to any consumer credit reporting agency without also including a notice that the information is disputed by the consumer."* The defendant knew that the information was disputed by the plaintiff but chose not to fulfill their statutory duties and verify the validity of the information they were reporting as it is reflected, and disputed by the plaintiff.

"(g) A person who furnishes information to a consumer credit reporting agency is liable for failure to comply with this section, unless the furnisher establishes by a preponderance of the evidence that, at the time of the failure to comply with this section, the furnisher maintained reasonable procedures to comply with those provisions." The defendant, furnisher of the credit information chose not the investigate the plaintiff's dispute.

13- **VERIFIED** Plaintiff fulfilled her obligations and (a) reported to the Defendant the furnishing of inaccurate information, and (b) filed a dispute, and (c) demanded an investigation.

14- **VERIFIED** As a result of defendant's failure to perform, the plaintiff sustained damages.

**SECOND CAUSE OF ACTION**

Violation of Statutory Duties

in the meaning of violation of §1785.26 of California Civil Code

Title 1.6, Chapter 3.5 Subsection 3

**(Against defendant AT&T U VERSE AND AFNI)**

17- Plaintiff refers to each and every paragraph of the First causes of action and incorporates those paragraphs as set forth in full in this cause of action.

18- **VERIFIED** There did exist mutual understanding that the Defendant would comply with the following language of Title 1.6, Chapter 3.5 .California Civil code Section 1785.26 Sub sections b, and c. In the meaning of: *"(b) A creditor may submit negative credit information concerning a consumer to a consumer credit reporting agency, only if the creditor notifies the consumer affected. After providing this notice, a creditor may submit additional information to a credit reporting agency respecting the same transaction or extension of credit that gave rise to the original negative credit information without providing additional notice."* The defendant chose not to notify the plaintiff, who was affected by negative reporting.

*"(c) The notice shall be in writing and shall be delivered in person or mailed first class, postage prepaid, to the party's last known address, prior to or within 30 days after the transmission of the negative credit information.*

*(1) The notice may be part of any notice of default, billing statement, or other correspondence, and may be included as preprinted or standard form language in any of these from the creditor to the consumer.*

*(2) The notice is sufficient if it is in substantially the following form: "As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations."*

*(3) The notice may, in the creditor's discretion, be more specific than the form given in paragraph (2). The notice may include, but shall not be limited to, particular information regarding an account or information respecting the approximate date on which the creditor submitted or intends to submit a negative credit report.*

*(4) The giving of notice by a creditor as provided in this subdivision does not create any requirement for the creditor to actually submit negative credit information to a consumer credit reporting agency. However, this section shall not be construed to authorize the use of notice as provided in this subdivision in violation of the federal Fair Debt Collection Practices Act (15 U.S.C., Sec. 1592 et seq.)."* There was no notice given to the plaintiff by the defendant.

## THIRD CAUSE OF ACTION

Breach of Duty of Fair Dealing and Good Faith

### (AGAINST DEFENDANT AT&T U VERSE AND AFNI)

19- Defendants, and each of them, have breached their duty of fair dealing and good faith owed to plaintiff in the following respects:

(a) Failure to make corrections to reports made to consumer credit reporting agencies regarding the plaintiff's history with them at a time when defendants knew plaintiff was entitled to have accurate information regarding his credit data to be furnished to consumer credit reporting agencies.

(b) Willfully and in bad faith withholding accurate date from consumer credit reporting agencies regarding plaintiff's credit history.

(c) By other acts or omissions of defendants.

20- **VERIFIED**As a further proximate result of the aforementioned wrongful conduct of defendants, plaintiff had suffered anxiety, worry, mental and emotional distress and other incidental damages.

21- Defendants have acted towards plaintiff with a conscious disregard of plaintiff's rights, or with the intent to vex, injure or annoy plaintiff, such as to constitute oppression, fraud or malice under Civil Code 3295, entitling plaintiff to punitive damages. Plaintiff alleges that **WHATEVER COURT DEEMS APPROPRIATE** would be a reasonable amount of punitive damages under the circumstances.

## FOURTH CAUSE OF ACTION

### Common Law Fraud

**(Against Defendant AT&T U VERSE)**

22- Plaintiff refers to each and every paragraph of the third Cause of Action and incorporates those paragraphs as set forth in full in this cause of action.

23-**ALLEGED**The defendants, and each of them, implicitly made promises to plaintiff which were intended to convince the plaintiff to use their services.

24- **ALLEGED** Defendants, and each of them, made said promises for the purpose of inducing plaintiff to rely upon said promises and to act in reliance upon them.

25- **VERIFIED** Plaintiff relied upon said promises and chose to use defendant AT&T UVEERSE's services.

26- **ALLEGED** Defendants did not intend to perform said promises to plaintiff and made said promises with intent to defraud plaintiff.

27- **VERIFIED** Plaintiff was unaware of defendant's intention not to perform and justifiably relied upon the promises made by defendants, and each of them, to her demise and injury.

28- **VERIFIED**As a proximate result if plaintiff's reliance upon defendants' promises and defendants' intention not to perform said promises plaintiff sustained damages as alleged herein.

29- Further, the plaintiff believes and alleges that the third guidepost of *BMW of North America, Inc. v. Gore, 517 U.S. 559 (1996),"Sanctions for Comparable Misconduct Comparing the punitive damages award and the civil or criminal penalties that could be imposed for comparable misconduct provides a third indicium of excessiveness. As Justice O'Connor has correctly observed, a reviewing court engaged in determining whether an award of punitive damages is excessive should "accord 'substantial deference' to legislative [ BMW OF NORTH AMERICA. INC v. GORE, _ U.S. _ (1996) . 22] judgments concerning appropriate sanctions for the conduct at issue." Browning-Ferris Industries of Vt. Inc. v. Kelco Disposal, Inc.. 492 U.S.. at 301 (O'CONNOR. J. concurring in part and dissenting in part). In Haslip, 499 U.S.. at 23 , the Court noted that although the exemplary award was "much in*

*excess of the fine that could be imposed." imprisonment was also authorized in the criminal context. 38 In this case the $2 million economic sanction imposed on BMW is substantially greater than the statutory fines available in Alabama and elsewhere for similar malfeasance.*

*The maximum civil penalty authorized by the Alabama Legislature for a violation of its Deceptive Trade Practices Act is $2,000; 39 other States authorize more severe sanctions, with the maxima ranging from $5,000 to $10,000. 40 Significantly, [ BMW OF NORTH AMERICA. INC. v. GORE.  U.S.  (1996) . 23] some statutes draw a distinction between first offenders and recidivists; thus, in New York the penalty is $50 for a first offense and $250 for subsequent offenses. None of these statutes would provide an out-of-state distributor with fair notice that the first violation-or, indeed the first 14 violations - of its provisions might subject an offender to a multimillion dollar penalty. Moreover, at the time BMW's policy was first challenged, there does not appear to have been any judicial decision in Alabama or elsewhere indicating that application of that policy might give rise to such severe punishment.".* This is reemphasized in U.S. No. 01—1289 STATEFARM MUTUAL AUTOMOBILE INSURANCE COMPANY, PETITIONER v.INEZ PREECE CAMPBELL and MATTHEW C. BARNECK, special administrator and personal representative of the ESTATE OF CURTIS B. *CAMPBELL* which states that  "The third guidepost in Gore is the disparity between the punitive damages award and the "civil penalties authorized or imposed in comparable cases." Id., at 575. We note that, in the past, we have also looked to criminal penalties that could be imposed. Id., at 583; Haslip, 499 U.S., at 23. The existence of a criminal penalty does have bearing on the seriousness with which a State views the wrongful action"

29-As a proximate result of the defendants' breach of their statutory duties plaintiff has suffered damages as herein alleged.

WHEREFORE, Plaintiff prays for judgment against the defendants, as follows:

1- Damages for failure to furnish accurate and complete information to consumer credit reporting agencies, in the amount of $2,500.00, per credit reporting agency, total of $7,500.00 (The information is appearing in Trans Union, Equifax and Experian)

2- General damages for mental anguish and emotional distress and other incidental damages in the sum of $121,000.00;

3- Punitive and exemplary damages in the amount the court deems appropriate, based on the third guidepost in BMW of North America v. Gore, and,

4- Injunctive relief in the meaning of order by the court to have the inaccurate information be deleted from the plaintiff's credit profiles;

5- For such other and further relief as the Court deems proper;

6-  Cost of this lawsuit.

Respectfully Submitted,

Dated: January 30th, 2014

_____

SEDA LUCY GABRELYAN, Plaintiff in Pro Per

**VERIFICATION**

**CCP §446**

STATE OF CALIFORNIA            )

                               )

COUNTY OF LOS ANGELES          )


I, SEDA LUCY GABRELYAN, the undersigned, certify and declare that I have read the following complaint and know its contents.


I am a party to this action. The matters stated in the document described above are true of my own knowledge and belief except as those matters stated on information and belief, and as to those matters I believe them to be true.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Executed on:   January 30th, 2014      At: Glendale, California


Signed:

SEDA LUCY GABRELYAN

EXHIBIT

The UPS Store - #5817
928 N. San Fernando Blvd.
Ste J
Burbank, CA 91504
(818) 842-5200

01/21/12  04:12 PM

We are the one stop for all your
shipping, postal and business needs.

To Track Your UPS Package
Just Google "5817"

WORK ORDER RECEIPT

Reference #: 5817-012112161031:D
Tracking  #: 1Z3W5R260364840435

Company : AT&T U-verse
Customer: Seda Gabrielyan

001 020003 (009)
    work order mat'ls
002 030104 (016)
    Transaction Fee
003 030108 (016)
    Shipping Service Fee

Seda Gabrielyan

Receipt ID 8276342823122588304 003 Items
CSH: Scott          Tran: 6229 Reg: 002

Thank you for visiting our store.
Please come back again soon.

Whatever your business and personal
needs, we are here to serve you.

ENTER FOR A CHANCE TO
WIN $1000

We value your feedback
To enter please complete the customer
satisfaction survey located at:

www.theupsstore.com/survey

For official rules and Terms and
Conditions go to www.theupsstore.com
and click on the Customer Experience
Survey link

CUSTOMER COPY

# AT&T U-verse CPE Return Receipt

**Customer Information:**

| | |
|---|---|
| Name | Seda Gabrielyan |
| Service Address | 417 LORAINE |
| Apt # | |
| City | GLN |
| State & Zip | CA 91207-1448 |
| BAN | 108662249 |
| OMS Order # | 296403137 |

**Return Information:**

| | |
|---|---|
| Date of Return | 1/21/2012 |

*Serial Number, Model Number and Condition of Units Returned*

| | |
|---|---|
| Serial Number 1 | 290811029074 |
| Model 1 | 3800HGV-B REV 28 [2Wire] (100000670) |
| CPE 1 in good condition (Yes/No) | YES |
| Serial Number 2 | |
| Model 2 | |
| CPE 2 in good condition (Yes/No) | |
| Serial Number 3 | |
| Model 3 | |
| CPE 3 in good condition (Yes/No) | |
| Serial Number 4 | |
| Model 4 | |
| CPE 4 in good condition (Yes/No) | |

**Tracking Information:**

| | |
|---|---|
| UPS Tracking Number | 1Z3W5R260364840435 |

*Final assessment of your leased equipment will be performed at AT&T's Refurbishment Center. Any concealed damage that would be considered abuse, would be charged to your AT&T account.*

*Mail Boxes Etc.® and The UPS Store® centers are independent third party service providers.*

**Please retain a copy of this receipt for your records until you receive your final U-verse bill**

**Questions regarding this transaction, please contact 1-800-ATT-2020**

**The UPS Store - PARCEL SHIPPING ORDER**

**CUSTOMER (please print)**

PRINT NAME: Gabrielyan Seda    DATE: 1/21/2012

STREET: 417 E. Loraine St.    PHONE: (818) 841-6328

CITY/STATE/ZIP: Glendale CA 91207    E-MAIL: mbielyan-seda18@yahoo.com

PARCEL SHIPPING ORDER No. 60723012

| PKG. | SENT TO: | LIST ALL CONTENTS | DECLARED VALUE | C.O.D. AMT. | ZONE | WT | DIM. WT. | CK. ONE | Pkg. Charges Amt | Typc |
|---|---|---|---|---|---|---|---|---|---|---|
| **A** | NAME | | $ | $ | | | | UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | RESIDENTIAL / COMMERCIAL | PACKED BY CUSTOMER | | | | UPS NEXT DAY AIR | | DEC VAL |
| | STREET      APT. # | | | | | | | UPS 2ND DAY AIR A.M. | | COD |
| | | BREAKABLE | REPLACEABLE | | | | | UPS 2ND DAY AIR | | PKG LABOR |
| | CITY/STATE/ZIP      PHONE | | | | | | | UPS 3RD DAY SELECT | | PKG MAT |
| | E-MAIL:      EPSO# | YES / NO SEE #3 BELOW | YES / NO SEE BACK | | | | | UPS GROUND | | |
| **B** | NAME | | $ | $ | | | | UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | RESIDENTIAL / COMMERCIAL | PACKED BY CUSTOMER | | | | UPS NEXT DAY AIR | | DEC VAL |
| | STREET      APT. # | | | | | | | UPS 2ND DAY AIR A.M. | | COD |
| | | BREAKABLE | REPLACEABLE | | | | | UPS 2ND DAY AIR | | PKG LABOR |
| | CITY/STATE/ZIP      PHONE | | | | | | | UPS 3RD DAY SELECT | | PKG MAT |
| | E-MAIL:      EPSO# | YES / NO SEE #3 BELOW | YES / NO SEE BACK | | | | | UPS GROUND | | |
| **C** | NAME | | $ | $ | | | | UPS NEXT DAY AIR EARLY A.M. | | SHP CHG |
| | | | RESIDENTIAL / COMMERCIAL | PACKED BY CUSTOMER | | | | UPS NEXT DAY AIR | | DEC VAL |
| | STREET      APT. # | | | | | | | UPS 2ND DAY AIR | | COD |
| | | BREAKABLE | REPLACEABLE | | | | | UPS 2ND DAY AIR | | PKG LABOR |
| | CITY/STATE/ZIP      PHONE | | | | | | | UPS 3RD DAY SELECT | | PKG MAT |
| | E-MAIL:      EPSO# | YES / NO SEE #3 BELOW | YES / NO SEE BACK | | | | | UPS GROUND | | |

1. Subject to these terms and conditions, this The UPS Store® center ("We" or "Us") will receive, forward and/or pack parcels for customer ("You" or "Your"). The carrier for all parcels accepted by Us shall be UPS unless noted here. Your true name and address appear on the shipping label. You confirm the accuracy of "Ship To" address (_____ initial here).

2. We do not accept hazardous material, Other Regulated Material-D class (ORM-D), illegal items or articles of unusual value, including but not limited to cash. See carrier tariff or service guide for other restricted items. Certified locations may accept some forms of ORM-D.

3. We do not transport Your parcels. We assume no liability for the delivery of the parcels accepted for shipment or for loss or damage by any cause to the parcels or their contents while in transit. You agree that carrier's liability

for lost or damaged parcels is limited by the provisions in this PSO. You agree to all terms and conditions on this PSO whether or not declared value is purchased. Driver may deliver parcel without a signature unless You request a signature on delivery and pay any applicable charge for such service. Carrier is not liable for loss or damage occurring after delivery.

(Continued on back).

**CUSTOMER'S SIGNATURE**

SIGN HERE:

SUB-TOTAL: $

TAX

TOTAL CHARGES: $

*Thank You*

CENTER #

EMPLOYEE'S INITIALS

www.theupsstore.com    © 2006 MAIL BOXES ETC., INC. ® (2006 Ed., Rev.2006) (FORM #220105)

## Shipment Receipt:   Page #1 of 1

**THIS IS NOT A SHIPPING LABEL   PLEASE SAVE FOR YOUR RECORDS.**

SHIP DATE:
Mon, Jan 23, 2012

EXPECTED DELIVERY DATE:
WED, JAN 25, 2012 EOD

SHIP FROM:
Seda Gabrielyan
417 E Loraine St
Glendale CA 91207
(818) 241-6328

SHIP TO:
OpTech - Yuma
1948 S FACTOR AVE
YUMA AZ 85365-2005
Business

SHIPPED THROUGH:
The UPS Store #5817
BURBANK,CA 91504-4350
(818) 842-5200

SHIPMENT INFORMATION:
UPS Ground Commercial
3.60 lbs actual wt
4.00 lbs billable wt
Dims: 16.00x16.00x8.00

Tracking Number: 1zJU5R260364040435
Shipment ID: MMG5KTCEA5516
Order/Item #: - -
Ref#: 5817-012112161031

DESCRIPTION OF GOODS:
- -

SHIPMENT CHARGES(Bill Recipient):
| | |
|---|---|
| Ground Commercial | N/A |
| Service Options | N/A |
| Fuel Surcharge | N/A |
| CMS Processing Fee | $0.00 |
| Total | $0.00 |

COMPLETE ONLINE TRACKING:
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://mbe.com (select Tracking, enter Shipment ID #)

SHIPMENT QUESTIONS? Contact SHIPPED THROUGH above.

CUSTOMER ACKNOWLEDGEMENT: I acknowledge and accept Terms & Conditions in force
for tendering shipments through this location and certify that address, content
and values provided for this shipment are accurate in all respects.

Signature: _____

ShipmentID: MMG5KTCEA5516

Powered by iShip(tm)
01/21/2012 04:19 PM Pacific Time

10. Declared Value Terms and Conditions. Declared value coverage will be available only if You have complied with Declared Value Terms & Conditions. For an additional fee W will obtain declared value coverage for Your shipment through the carrier designated by the PSO. We surcharge the cost of this product. You expressly acknowledge that the value of each parcel does not exceed the amount You listed below as Declared Value and stated on the transaction receipt. If no amount is specified, You agree that the value of the parcel(s) shall not exceed $100. If You refuse additional declared value coverage for items of greater value than $100, You will be limited to a maximum declared value coverage of $100. Each declared value provider designates monetary limits coverage. The declared value terms and conditions of the various carriers are located in the carrier service guide for coverage provided by the carriers and are also available at this location upon request. Consult the applicable Declared Value Terms & Conditions and terms of coverage for further information.

11. Limitations of Liability. Our liability, the carrier's liability for loss or damage to Your parcel is limited to Your actual damages or $100, whichever is less, unless you declare and pay for a higher authorized value. Declared value coverage is not available for items of sentimental value, precious metals, negotiable instruments, or prohibited items. The kind of liability for a parcel containing a check or checks is limited to the stop payment and check/s reissuance cost, not to exceed $100 per parcel. UPS's liability for a parcel containing a phone card, gift certificate or gift card is limited to the replacement cost of the physical card not to exceed $100 per parcel. In no event shall We or UPS be liable for the face value of any check(s), phone card, gift certificate or gift card. Limitations of liability can be found in the carrier's service guide or tariff.

12. Filing a claim. Any and all claims must be in writing and received by Us within the carrier's required time frame. Claims not made within the prescribed time frame are waived and will not be paid. Any and all claims are waived if the consignee accepts the parcel without noting damage on the delivery record. For all damage claims, the original packaging materials must be made available for carriers inspection, and the claim supported by the shipping documents including but not limited to this PSO, a copy of the receipt and proof of declared value.

13. Filing a UPS Guaranteed Service Refund (GSR) request. In the event of a service failure You must contact Us at the location that shipped the parcel within UPS's 15 calendar day notification period.

14. We are independently owned and operated by licensed franchisees of MBE. You acknowledge and agree that MBE is not liable for Our acts or omissions.

15. This PSO constitutes the entire agreement between You and Us, and supersedes all prior, subsequent and/or contemporaneous representations, written or oral.

letter, a parcel, or a large, heavy, valuable,
you with all your shipping needs.

national shipping (air-ocean)     • Motor freight
packing and crating              • Air freight
(May Apply)

www.theupsstore.com

**Please save these receipts for at least SIX (6) MONTHS. Otherwise, AT&T may charge you for the equipment.**

UPS Store®

Etc., Inc., in the USA and by its master licensees or their franchisees outside of the US.

Services vary by location. ©2006 Mail Boxes Etc., Inc. (2006 Ed.) www.theupsstore.com

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| SEDA LUCY GABRIELYAN IN PROPRIA PERSONA<br>417 E. LORAINE ST<br>GLENDALE, CA 91207<br><br>TELEPHONE NO.: (818) 934-2001     FAX NO.: (954) 204-3719<br>ATTORNEY FOR *(Name)*: PLAINTIFF IN PROPER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. HILL ST.
MAILING ADDRESS: 111 N. HILL ST.
CITY AND ZIP CODE: LOS ANGLES, 90012
BRANCH NAME: STANLY MOSK COURTHOUSE

CASE NAME:
GABRIELYAN V. ATT U VERSE ETL

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ **Limited**<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ **Counter**   ☐ **Joinder**<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | RC53 6073<br><br>JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☑ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify)*: Four viol stautory duties (1&2), 3- Fraud 4- Bad Faith
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 02/14/2014

SEDA LUCY GABRIELYAN
_____ ► _____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

| SHORT TITLE: GABRIELYAN v. AT&T U VERSE | CASE NUMBER BC 536073 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

> **This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I**. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 5 ☐ HOURS/ ☐ DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

> ### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| **Other Personal Injury/ Property Damage/ Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 4.<br>1., 4. |
| | Other<br>Personal Injury<br>Property Damage<br>Wrongful Death<br>(23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4.<br>1., 4.<br>1., 3.<br>1., 4. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 1 of 4

| SHORT TITLE: GABRIELYAN v. AT&T U VERSE | CASE NUMBER ♭ℓ ₵36Ი73 |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2.,3. |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3. |
| | | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5. |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | | ☑ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6. |
| | | ☐ A6032  Quiet Title | 2., 6. |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: GABRIELYAN v. AT&T U VERSE | CASE NUMBER BCS36077 |
|---|---|

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2., 8. |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment | 2., 9. |
| | | ☐ A6160  Abstract of Judgment | 2., 6. |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2., 9. |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2., 8., 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment | 2., 3., 9. |
| | | ☐ A6123  Workplace Harassment | 2., 3., 9. |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case | 2., 3., 9. |
| | | ☐ A6190  Election Contest | 2. |
| | | ☐ A6110  Petition for Change of Name | 2., 7. |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2., 3., 4., 8. |
| | | ☐ A6100  Other Civil Petition | 2., 9. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

| SHORT TITLE: GABRIELYAN v. AT&T U VERSE | CASE NUMBER ハC536ט7フ |
|---|---|

**Item III.** Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case.<br><br>☐1. ☐2. ☑3. ☐4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | ADDRESS: 3550 WILSHIRE BLVD |
|---|---|

| CITY: LOS ANGELES | STATE: CA | ZIP CODE: 90010 | |
|---|---|---|---|

**Item IV.** *Declaration of Assignment*: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the **STANLY MOSK** courthouse in the **CENTRAL** District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: 02/14/2014

(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)  
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0  
Page 4 of 4

**FILED**

FILE STAMP Superior Court of California
County of Los Angeles

**FEB 28 2014**

Sherri R. Carter, Executive Officer/Clerk

By _Graciela O. Hironaka_ Deputy
Graciela S. Hironaka

NOTICE SENT TO:

Gabrielyan, Seda Lucy
417 E. Loraine St
Glendale          CA   91207

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| SEDA LUCY GABRIELYAN | | **CASE NUMBER** |
| VS. | Plaintiff(s), | BC536073 |
| AT & T VERSE | | **NOTICE OF CASE** |
| | Defendant(s). | **MANAGEMENT CONFERENCE** |

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled for  May 23, 2014  at  8:30 am  in  Dept. 47  at 111 North Hill Street, Los Angeles, California  90012.

**NOTICE TO DEFENDANT:**     **THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.**

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least **15 calendar days** prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, section 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions pursuant to LASC Local Rule 7.13, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code Section 68608 (b), and California Rules of Court 2.2 et seq.

Date:  February 28, 2014

_Debra Katz Weintraub_
DEBRE KATZ WEINTRAUB
Judicial Officer

## CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named above:

[ ✓ ] by depositing in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed herein in a separate sealed envelope to each address as shown above with postage thereon fully prepaid.

[   ] by personally giving the party notice upon filing the complaint.

Date:  February 28, 2014

Sherri R. Carter, Executive Officer/Clerk

by _____**G.S. HIRONAKA**_____, Deputy Clerk

LACIV 132 (Rev. 09/07)
LASC Approved 10-03

Cal. Rules of Court, rule 3.720-3.730
LASC Local Rules, Chapter Seven

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Seda Gabrielyan, In propria Persona<br>417 E. Loraine St.<br>Glendale, CA 91207<br><br>TELEPHONE NO.: (818)934-2001   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: seda.lucy.gabrielyan@gmail.com<br>ATTORNEY FOR *(Name)*: Plaintiff In Propria Persona | **FILED**<br>Superior Court Of California<br>County Of Los Angeles<br><br>MAR 04 2014<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By_____, Deputy<br>Judi Lara |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanly Mosk Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: SEDA LUCY GABRIELYAN<br><br>DEFENDANT/RESPONDENT: AT & T U VERSE, AFNI and Does 1 to 25 inclusiv | CASE NUMBER:<br>BC536073  047 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ summons
   b. ☑ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*
      **AFNI**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CT CORPORATION SYSTEM**

4. Address where the party was served:
   **818 W SEVENTH ST. SECOND FLOOR, LOS ANGELES, CA 90017**

5. I served the party (check proper box)   → 2/19/2014
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 2/19/14   (2) at *(time):* 10:3
   b. ☐ **by substituted service.** On *(date):*          at *(time):*          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*          from *(city):*          or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: SEDA LUCY GABRIELYAN | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AT & T U VERSE, AFNI and Does 1 to 25 inclusiv | BC536073 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*:            (2)  from *(city)*:

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me.  (Attach completed *Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)*

    (4)  ☐  to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
  a.  ☐  as an individual defendant.
  b.  ☐  as the person sued under the fictitious name of *(specify)*:
  c.  ☐  as occupant.
  d.  ☑  On behalf of *(specify)*:  AFNI
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☑ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**
  a.  Name: SAM AMIN
  b.  Address: 131 S. MAPLE DR. BEVERLY HILLS,CA 90212
  c.  Telephone number: (213) 608-5280
  d.  **The fee** for service was: $100.00
  e.  I am:

    (1)  ☑  not a registered California process server.
    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
    (3)  ☐  a registered California process server:
      (i)  ☐ owner  ☐ employee  ☐ independent contractor.
      (ii)  Registration No.:
      (iii)  County:

8.  ☑  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  2/19/2014

SAM AMIN
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

►        (SIGNATURE )

**PROOF OF SERVICE OF SUMMONS**